**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ELIZABETH DE LA ROSA, :

Plaintiff, :

-against- :

ARCTIC EXPRESS INC., et al., :

Defendants. :

-----------------------------------------------------------x

26-CV-05585 (OTW)

**POST- CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on November 18, 2026. Parties are directed to file a joint status letter on the last business Friday of every month, beginning on **December 18, 2026**. These status letters should detail what discovery parties have done so far, what the parties plan to do in the next month, and whether parties anticipate or have any disputes.

**SO ORDERED.**

Dated: November 18, 2026
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge